**2010–1918.   State ex rel. Elbert v. Miraldi.**
Lorain App. No. 10CA009749. This cause is pending before the court as an appeal from the Court of Appeals for Lorain County. It appears from the records of this court that appellant has not filed a merit brief, due January 11, 2011, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.

Upon consideration thereof, it is ordered by the court that this cause is dismissed.

**2011–0041.   Paul v. Jeffrey.**
Erie C.P. No. 2010–CV–0983. This cause is pending before the court as an appeal involving a contest of an election from the Court of Common Pleas of Erie County.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.